[No. 11190–0–II. Division Two. April 12, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH K. PRIEST, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00033–9, Gary W. Velie, J., entered June 17, 1987. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 9150–3–III. Division Three. April 13, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD MARK MEYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87–1–00770–8, William G. Luscher, J., entered February 19, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 9401–4–III. Division Three. April 13, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND PATRICK GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–1–00751–7, Harold D. Clarke, J., entered June 6, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Shields, J.